UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAAC AMBROSE,<br><br>                       Plaintiff,<br><br>     v.<br><br>PAUL AMBROSE, ARIEL HALSTEAD,<br>GOVERNMENT,<br><br>                Defendants. | CASE NO. 2:20-cv-01338-RSL<br><br>**ORDER GRANTING<br>APPLICATION TO PROCEED IN<br>FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable District Judge Robert S. Lasnik.

DATED this 9th day of September, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge