UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMBROSE,<br><br>                    Plaintiff,<br><br>            v.<br><br>AMBROSE, et al.,<br><br>                    Defendants. | Case No. C20-1338RSL<br><br>ORDER TO SHOW CAUSE |

On September 8, 2020, plaintiff filed an application to proceed *in forma pauperis* and a proposed complaint. Dkt. #1. Plaintiff vaguely alleges that "all" of his rights have been violated and that he has suffered from "disabilities harming [his] character" for the past six years. See Dkt. #1-1 (Compl.). He apparently seeks monetary damages based on certain health issues caused by his family and the government's wrongdoing. Id.

On September 9, 2020, the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, granted plaintiffs' application to proceed *in forma pauperis* while recommending review under 28 U.S.C. § 1915(e)(2)(B). See Dkt. #3. The Court, having reviewed the record as a whole under the standards articulated in 28 U.S.C. § 1915(e)(2), and having construed the allegations of the complaint liberally, see Bernhardt v. Los Angeles Cty., 339 F.3d 920, 925 (9th Cir. 2003), finds that plaintiff's complaint is deficient. Plaintiff states that the Court has jurisdiction over this matter because he is asserting claims under 42 U.S.C. § 1983 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). Section 1983 and Bivens authorize civil rights complaints against state and federal officials,

ORDER TO SHOW CAUSE - 1

1  respectively.  Plaintiff does not, however, specifically identify an underlying constitutional right
2  that was violated, or appear to identify any officials, state or federal, in any way involved in the
3  facts surrounding his claims.

4      Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE why the complaint
5  should not be dismissed for lack of subject matter jurisdiction and/or failure to allege facts that
6  give rise to a plausible interference that relief is warranted.  Plaintiff shall, within thirty (30)
7  days of the date of this order, file an amended complaint which remedies the deficiencies set
8  forth above.  If an acceptable amended complaint is not filed within the time proscribed, this
9  action will be dismissed without prejudice.

10     The Clerk of Court is directed to note this Order to Show Cause on the Court's calendar
11 for Friday, October 16, 2020.

12     IT IS SO ORDERED.

13     DATED this 10th day of September, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2